Affirmed and Memorandum Opinion filed May 11, 2006









Affirmed and Memorandum Opinion filed May 11, 2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00445-CR

____________

 

LATISSUA
DORTHEA JONES-HAMMOND, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 339th District
Court

Harris County,
Texas

Trial Court Cause No.
961,014

 



 

M E M O R A N D U M   O P I N I O N

After a trial to the court, appellant was convicted of theft
of over $200,000.  On April 27, 2005, the
trial court sentenced appellant to confinement for twelve years in the
Institutional Division of the Texas Department of Criminal Justice.  Appellant filed a timely, written notice of
appeal.








Appellant=s appointed counsel filed a brief in which he concludes the
appeal is wholly frivolous and without merit. 
The brief meets the requirements of Anders v. California, 386
U.S. 738, 87 S.Ct. 1396 (1967), presenting a professional evaluation of the
record demonstrating why there are no arguable grounds to be advanced.  See High v. State, 573 S.W.2d 807
(Tex. Crim. App. 1978).

Appellant=s counsel certified to the court that a copy of the brief had
been provided to appellant and she was advised of her right to examine the
record and file a pro se response.  More
than sixty days passed without a response from appellant.  Accordingly, the court reviewed the record,
and concluded the appeal was without merit. 
On February 2, 2006, the court issued a memorandum opinion affirming the
conviction.  

On March 24, 2006, appellant filed a motion requesting an
extension of time to file a pro se brief in response to the Anders brief.  See Stafford v. State, 813 S.W.2d 503,
510 (Tex. Crim. App. 1991).  We granted
the request, and by order filed March 30, 2006, we withdrew our previous
opinion, reinstated the appeal, and permitted appellant to file a response to
counsel=s Anders brief.  Appellant filed responses on April 6, April
10, and a final response on April 17, 2006. 


We have carefully reviewed the record, counsel=s brief, and appellant=s responses thereto.  We conclude there are no arguable grounds
presented for review, and we find no reversible error in the record.  We are not to address the merits of each claim
raised in an Anders brief or a pro se response when we have determined
there are no arguable grounds for review. 
See Bledsoe v. State, 178 S.W.3d 824, 827-28 (Tex. Crim. App.
2005). 

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed. May 11, 2006.

Panel consists of Chief Justice
Hedges and Justices Yates and Guzman. 

Do Not Publish C Tex. R. App. P. 47.2(b).